# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 5:04CR66 |
| MICHAEL GRAYLEN WHEELER | ) | USM No: 20177-058 |
| Date of Previous Judgment: September 10, 2007 | ) | Stanford Clontz |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❐ the Director of the Bureau of Prisons ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  92  months **is reduced to**  77 months (Ct. Two) .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | | |
|---|---|---|---|---|---|
| Previous Offense Level: | 23 | | Amended Offense Level: | 21 | |
| Criminal History Category: | VI | | Criminal History Category: | VI | |
| Previous Guideline Range: | 92 to 115 months | | Amended Guideline Range: | 77 to 96 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
■ The reduced sentence is within the amended guideline range.
❐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❐ Other (explain):

## III. ADDITIONAL COMMENTS
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer. **The defendant is also serving a consecutive sentence in Count Three on a conviction of 18 U.S.C. § 924(c).

Except as provided above, all provisions of the judgment dated  September 10, 2007,  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  April 17, 2009

Effective Date: _____
(if different from order date)

Richard L. Voorhees
United States District Judge