IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:04-CR-00066-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| MICHAEL GRAYLEN WHEELER, | |
| Defendant. | |

**THIS MATTER** is before the Court on Defendant's *pro se* "Motion to Reduce Sentence Pursuant to the First Step Act of 2018" (Doc. No. 107) and "Petition to Order Prosecution to Show Just Cause, Petition to Redress Grievence [sic]" (Doc. No. 111).

Defendant was sentenced to an aggregate term of 152 months of imprisonment in September 2007. (Doc. No. 33). On May 12, 2015, he was released from the BOP after satisfaction of his sentence. (Doc. No. 113, at 3). He immediately began a five-year term of supervised release. On May 2, 2016, the Court revoked Defendant's supervised release and sentenced him to 60 months imprisonment with no supervised release to follow. (Doc. Nos. 87, 88). Defendant was released from BOP on March 2, 2020 (Doc. No. 113, at 3) and his motions are now moot.

**IT IS THEREFORE ORDERED** that Defendant's "Motion to Reduce Sentence Pursuant to the First Step Act of 2018" (Doc. No. 107) and "Petition to Order Prosecution to Show Just Cause, Petition to Redress Grievence [sic]" (Doc. No. 111) are **DENIED AS MOOT**.

**SO ORDERED.**

Signed: December 22, 2020

Kenneth D. Bell
United States District Judge